# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) CASE NO. 7:20-cr-41-HL |
| | ) |
| **ISAAC DONALD MASON** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

The government has moved to continue this case until the next trial term. Doc. 69. The defendant was indicted on September 17, 2020 and had his arraignment in this Court on September 22, 2020. Two prior continuances have been granted. The government now moves the Court to continue this case to the next trial term to provide additional time for the parties to prepare for trial, explore the need for filing any potential pretrial motions and for the defendant to consider any plea agreement offered by the government. The defendant does not oppose the motion.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion to continue is **GRANTED**. The case is continued from the January term until the Court's trial term presently scheduled for **April 11, 2022**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 12th day of January, 2022.

s/Hugh Lawson
HUGH LAWSON, JUDGE
UNITED STATES DISTRICT COURT